**EVERGLADES DRAINAGE DISTRICT et al., Appellants, v. FLORIDA RANCH & DAIRY CORPORATION, a Delaware Corporation, Appellee.**

No. 7489.

Circuit Court of Appeals, Fifth Circuit.

Feb. 9, 1935.

For former opinion, see 74 F.(2d) 914.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

Appellee's petition for rehearing, and motion filed Feb. 4, 1935, are denied.

---

**Alice Fisher FOSTER v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5486.

Circuit Court of Appeals, Seventh Circuit.

March 28, 1935.

Marcus Whiting, of Chicago, Ill., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

Before EVANS and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on April 21, 1932, be, and the same is hereby, dismissed.

---

**Walter F. FOSTER, Individually and as Vice President of Foster and Kleiser Co., Appellant, v. C. E. STEVENS COMPANY et al., Appellees.**

No. 7617.

Circuit Court of Appeals, Ninth Circuit.

April 11, 1935.

Morrison, Hohfeld, Foerster, Shuman & Clark and Herbert W. Clark, all of San Francisco, Cal., for appellant.

Glensor, Clewe, Schofield & Van Dine, of San Francisco, Cal., and Caldwell & Lycette, of Seattle, Wash., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.